

1301 Avenue of the Americas
25th Floor
New York, NY 10019

212.812.0400 main
212.812.0399 fax

August T. Horvath
212-812-0344 direct
ahorvath@foleyhoag.com

May 28, 2024

Honorable Mary S. Scriven
U.S. District Judge for the Middle District of Florida
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, Florida 33602

      Re: Notice of Supplemental Authority:
          *Mackenzie Irwin v. Walmart, Inc.*, Case No. 8:23-cv-01582

Dear Judge Scriven:

      This firm represents Defendant Walmart Inc. ("Walmart") in the above-referenced matter. In further support of Walmart's Motion to Dismiss (Dkt. 21), Walmart hereby provides notice of a recent decision issued by Judge Steven D. Merryday in the United States District Court for the Middle District of Florida in *Griffin v. Publix Super Mkts., Inc.*, No. 8:23-cv-1490-SDM-AAS, 2024 U.S. Dist. LEXIS 91479 (M.D. Fla. May 22, 2024).

      Pursuant to Local Rule 3.01(i), Walmart notes that this authority supplements the argument made in Part IV of Walmart's Motion to Dismiss, pages 17-20.  The *Griffin* court wrote: "None of the labels state that the bars lack artificial flavor or that the bars include only flavor from a 'natural' strawberry or apple. … Griffin alleges no well-pleaded fact establishing that the omission of a statement explaining that the bars contain artificial flavor would 'probabl[y], not possibl[y],' deceive a consumer, much less a consumer acting reasonably."  *Griffin*, 2024 U.S. Dist. LEXIS 91479, at *3. No argument, comment, or request for relief is provided with respect to this authority.

                                                Respectfully submitted,

                                                August T. Horvath
                                                Partner

cc:   All Counsel of record (via ECF)