# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MACKENZIE IRWIN, individually and on behalf of all others similarly situated,

           Plaintiff,

- against -

WALMART INC.,

           Defendant

8:23-CV-01582-MSS-NHA

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Mackenzie Irwin, by and through her undersigned counsel of record, gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that she hereby voluntarily dismisses this action.

(i)    Defendants have not filed an answer or a motion for summary judgment in this matter;

(ii)    Plaintiff has not filed a motion for class certification;

(iii)    The claims of the putative class are dismissed without prejudice;

(iv)    The parties shall bear their own costs, expenses, and fees.

Respectfully submitted this 15th day of July 2024.

                                                        */s/William Wright*

                William Wright
                willwright@wrightlawoffice.com
                The Wright Law Office, P.A.
                515 N Flagler Dr. Suite 350
                West Palm Beach, FL 33401
                T: 561-514-0904
                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of July 2024, the above and foregoing was filed with the Clerk of the Court through the CM/ECF system, which will send electronic notification to all counsel of record.

                */s/William Wright*
                **ATTORNEY FOR PLAINTIFF**